No. 213. BOARD OF DIRECTORS OF MILLER LEVEE DISTRICT No. 2 *v.* PRAIRIE PIPE LINE COMPANY.   Appeal from the Circuit Court of Appeals for the Eighth Circuit.   Argued January 21, 1925.   Decided January 26, 1925.   Dismissed for the want of jurisdiction upon the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Southern*

*Pacific Co.* v. *Stewart,* 245 U. S. 359, 362; *Barnett* v. *Kunkel,* 264 U. S. 16, 21. *Mr. Henry Moore, jr.,* for appellant. *Mr. W. H. Arnold, jr.,* with whom *Messrs. W. H. Arnold, T. J. Flannelly,* and *H. C. Black* were on the brief, for appellee.